# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1179

_____

Lionel L. Edwards,

         Appellant,

v.

American Railcar Industries,

         Appellee.

\*          
\*
\*
\*   Appeal from the United States
\*   District Court for the Eastern
\*   District of Arkansas.
\*
\*   [UNPUBLISHED]
\*

_____

Submitted: February 4, 2010
Filed: February 23, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Lionel Edwards appeals the district court's[1] adverse grant of summary judgment in his employment discrimination action. After reviewing the record de novo, in the light most favorable to Edwards, see Arnold v. Nursing & Rehab. Ctr. at Good Shepherd, LLC, 471 F.3d 843, 845 (8th Cir. 2006) (standard of review), we conclude that summary judgment was proper for the reasons stated by the district court. We also decline to consider Edwards's new arguments on appeal. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.